SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 06-10006 |
| ) | |
| ANTONIO D. CURREN, ) | VIO: Title 18, United States Code |
| ) | Section 922(g) |
| Defendant. ) | |

### INDICTMENT

The Grand Jury charges:

1. The defendant, Antonio D. Curren, had previously been convicted of a felony, including Carrying Weapon in Des Moines, Iowa in 1988 and Possession with Intent to Distribute in Des Moines, Iowa in 1988.

2. On or about November 28, 2004, the Peoria County Sheriff's Department lawfully searched defendant Curren's residence and found a Ruger 45 caliber pistol and a Mossberg 12 gauge shotgun.

3. The pistol and shotgun found in defendant Curren's residence had previously traveled in interstate commerce.

4. On or about November 28, 2004, in Peoria County, in the Central District of Illinois, the defendant,

ANTONIO D. CURREN

did knowingly possess firearms, a 45 caliber pistol and a Mossberg 12 gauge shotgun, which had previously traveled in interstate commerce, the defendant having been previously convicted of a crime punishable by imprisonment for a term exceeding one year.

In violation of Title 18, United States Code, Section 922(g).

A True Bill,

s/Foreperson

**Foreperson**

s/U.S.Attorney

**RODGER A. HEATON**
**UNITED STATES ATTORNEY**

BWM/ms