E-FILED
Tuesday, 31 January, 2006  03:29:07 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

FILED

JAN 3 1 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNTIED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Criminal No.:    06-10006 |
| | ) | |
| | ) | VIO: Title 18, United States Code |
| | ) | Section 922(g) |
| ANTONIO D. CURREN, | ) | |
| | ) | |
| Defendant. | ) | |

### ENTRY OF APPEARANCE

NOW COMES Monroe D. McWard of McWard Law Office and hereby enters his appearance as the Attorney of Record for the Defendant, ANTONIO D. CURREN.

Respectfully submitted,
ANTONIO D. CURREN, Defendant

By _____
Monroe D. McWard, His Attorney

Monroe D. McWard
McWARD LAW OFFICE
210 South Webster Street
Taylorville, IL 62568
(217) 824-2900
Reg. No.: 06190799

## CERTIFICATE OF SERVICE

TO:  Tom Keith
     United State's Attorney Office
     One Technology Plaza
     211 Fulton Street, Suite 400
     Peoria, IL 61602

The undersigned does hereby certify that on the 31st day of January, 2006, she served the foregoing Entry of Appearance by hand delivering or depositing a copy in the United States Mail in Taylorville, IL 62568, in an envelope with sufficient First Class Postage attached to carry same to its destination as addressed above.

Under penalties as provided by Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct.

                                    McWARD LAW OFFICE

                                    By_____

McWARD LAW OFFICE
210 South Webster Street
Taylorville, IL 62568
(217) 824-2900
Reg. No. 06190799