E-FILED
Tuesday, 31 January, 2006  04:06:23 PM
 Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>　　Plaintiff | )<br>)<br>)<br>) CASE NO. **06-10006**<br>)<br>)<br>) |
| **Antonio D. Curren**<br>　　Defendant | |

## SCHEDULING ORDER IN CRIMINAL CASE

This matter is set for pretrial conference and disposition of all matters pending prior to trial at **3:00 PM** on **Thursday, March 9, 2006.**

This matter is set for Jury Trial at 8:30 A.M. on **Monday, March 27, 2006**

at

[ X] Peoria, Illinois

before the Honorable Michael M. Mihm, U.S. District Judge.

**IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

ENTER this 31st day of January, 2006.

　　　　　　　　　　　　　　　　　　　　　　　　s/ John A. Gorman

　　　　　　　　　　　　　　　　　　　　　　　JOHN A. GORMAN
　　　　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE