E-FILED
Wednesday, 08 March, 2006  01:44:18 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| **UNTIED STATES OF AMERICA,** | ) |
| **Plaintiff,** | ) |
| vs. | ) Criminal No.:   06-10006 |
| | ) |
| | ) VIO: Title 18, United States Code |
| | ) Section 922(g) |
| **ANTONIO D. CURREN,** | ) |
| **Defendant.** | ) |

**MOTION TO CONTINUE**

NOW COMES the Defendant, ANTONIO D. CURREN, by and through his attorney, Monroe D. McWard of McWard Law Office, and moves this Honorable Court regarding Defendant's Motion to Continue Hearing and in support of said motion states as follows :

1. Parties are diligently negotiating in order to reach an alternative resolution of having a Jury Trial scheduled for this matter.

2. The Government has no objection to this continuance.

WHEREFORE, the Defendant, ANTONIO D. CURREN, prays that this Court grant his Motion and continue the Hearing scheduled for March 9, 2006 at 3:00 p.m.

> Respectfully submitted,
> ANTONIO D. CURREN, Defendant
>
>
> By_____/s/ Monroe D. McWard____
>    Monroe D. McWard, His Attorney

## CERTIFICATE OF SERVICE

**TO:**   **Tom Keith**
**United State's Attorney Office**
**One Technology Plaza**
**211 Fulton Street, Suite 400**
**Peoria, IL 61602**

The undersigned does hereby certify that on the 8th day of March, 2006, she served the foregoing by e-mailing a copy to its destination as addressed above.

Under penalties as provided by Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct.

McWARD LAW OFFICE

By_____/s/ Jeanette Reed_____

McWARD LAW OFFICE
210 South Webster Street
Taylorville, IL 62568
(217) 824-2900
Reg. No. 06190799

**IN THE UNITED STATES DISTRICT COURT**

FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| UNTIED STATES OF AMERICA,        )<br>                                                         )<br>         Plaintiff,                             )<br>                                                         )<br>     vs.                                             )<br>                                                         )<br>                                                         )<br>                                                         )<br>ANTONIO D. CURREN,                 )<br>                                                         )<br>         Defendant.                        )  | Criminal No.:    06-10006<br><br>VIO: Title 18, United States Code<br>Section 922(g) |

## **ORDER**

On motion of Defendant, ANTONIO D. CURREN, to continue the Motion Hearing scheduled for March 9, 2006 at 3:00 p.m. in the above-captioned matter, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED THAT the Hearing scheduled for March 9, 2006 at 3:00 p.m. is continued until March 22, 2006 at 1:30 p.m.

ENTERED:_____.

_____
                                                            JUDGE

McWARD LAW OFFICE
210 South Webster Street
Taylorville, IL  62568
(217) 824-2900
Reg. No.:  06190799