IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| **UNTIED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Criminal No.:    06-10006 |
| ) | |
| ) | VIO: Title 18, United States Code |
| ) | Section 922(g) |
| **ANTONIO D. CURREN,** ) | |
| ) | |
| **Defendant.** ) | |

## MOTION TO CONTINUE

NOW COMES the Defendant, ANTONIO D. CURREN, by and through his attorney, Monroe D. McWard of McWard Law Office, and moves this Honorable Court regarding Defendant's Motion to Continue Hearing and in support of said motion states as follows :

1. Defendant is attempting to hire another counsel and he has made a substantial effort to hire new counsel, but has not been able to complete the task.  This motion is not brought to impede the ends of justice and all parties will be better served if the Defendant was allowed additional time to find new counsel.

2. The Government has no objection to this continuance.

WHEREFORE, the Defendant, ANTONIO D. CURREN, prays that this Court grant his Motion and continue the Hearing scheduled for May 12, 2006 at 11:00 a.m.

Respectfully submitted,
ANTONIO D. CURREN, Defendant


By_____/s/ Monroe D. McWard___
            Monroe D. McWard, His Attorney

## CERTIFICATE OF SERVICE

**TO:** **Tom Keith**
**United State's Attorney Office**
**One Technology Plaza**
**211 Fulton Street, Suite 400**
**Peoria, IL 61602**

**Bradley W. Murphy**
**United State's Attorney Office**
**211 Fulton Street, Suite 400**
**Peoria, IL 61602**

The undersigned does hereby certify that on the 11th day of May, 2006, she served the foregoing by e-mailing a copy to its destination as addressed above.

Under penalties as provided by Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct.

McWARD LAW OFFICE

By_____/s/ Jeanette Reed_____

McWARD LAW OFFICE
210 South Webster Street
Taylorville, IL 62568
(217) 824-2900
Reg. No. 06190799

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |  | |
|---|---|---|---|
| **UNTIED STATES OF AMERICA,** | ) | | |
| | ) | | |
| **Plaintiff,** | ) | | |
| | ) | | |
| vs. | ) | Criminal No.: | 06-10006 |
| | ) | | |
| | ) | VIO: Title 18, United States Code | |
| | ) | Section 922(g) | |
| **ANTONIO D. CURREN,** | ) | | |
| | ) | | |
| **Defendant.** | ) | | |

### **ORDER**

On motion of Defendant, ANTONIO D. CURREN, to continue the Motion Hearing scheduled for May 12, 2006 at 11:00 a.m. in the above-captioned matter, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED THAT the Hearing scheduled for May 12, 2006 at 11:00 a.m. is continued until_____

ENTERED:_____.

_____
JUDGE

McWARD LAW OFFICE
210 South Webster Street
Taylorville, IL  62568
(217) 824-2900

Reg. No.: 06190799