**E-FILED**
Thursday, 25 May, 2006  12:05:07 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 06-10006 |
| | ) |
| ANTONIO CURREN, | ) |
| | ) |
| Defendant. | ) |

<u>ENTRY OF APPEARANCE</u>

NOW COMES RONALD L. HAMM,  and enters his  appearance as counsel of record for

the Defendant, ANTONIO CURREN, and states further that he is in good standing in the Central

District of Illinois.


S/  RONALD L. HAMM


**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 25, 2006, I presented the foregoing to the Clerk of the Court for filing and
uploading to the CM/EFC system which will send notification of such filing to the following:
Tate Chambers, U.S. Attorneys Office, Peoria, Illinois.

S/ Ronald L. Hamm
Antonio Curren, Defendant
RONALD L. HAMM
Attorney At Law
415 Hamilton Blvd.
Peoria, IL 61602
Telephone: (309) 671-9701
Fax: (309)637-5788
RHamm@CFGOLAW.com