E-FILED
Wednesday, 21 June, 2006  12:31:59 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No.    06-10006 |
| ) | |
| ANTONIO CURREN, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR CONTINUANCE**

NOW COMES the Defendant, ANTONIO CURREN, by his attorneys, RONALD L. HAMM, and MONROE McWARD moves this Honorable Court to continue the trial presently scheduled herein for July 5, 2006, and in support thereof states as follows:

1. That attorney Ronald L. Hamm recently entered his appearance as co-counsel for Defendant Antonio Curren.

2. That Attorney Hamm has had insufficient opportunity to properly prepare for trial.

3. Than Attorney Hamm has discussed the matter of this motion for continuance with the U.S. Attorney's office and was advised that there was no objection to this motion.

4. That this motion is not intended to delay the orderly administration of justice or interfere with the court's calendar.

4. That the interests of justice would be best served if this motion to continue trial be granted.

WHEREFORE, the Defendant now prays this Honorable Court grant a continuance of the trial previously scheduled herein for July 5, 2006

S/B   RONALD L. HAMM

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2006, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/EFC system which will send notification of such filing to the following:, U.S. Attorneys Office, Peoria, Illinois.

S/ Ronald L. Hamm
Antonio Curren, Defendant
RONALD L. HAMM.
411 Hamilton Blvd. Suite 1708
 Peoria, IL 61602
Telephone: (309) 671-9701
Fax: (309)676-5489
GBurton_RHamm@sbcglobal.net
