IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 06-10006 |
| ) | |
| ) | |
| ANTONIO D. CURREN, ) | VIO: Title 18, United States Code |
| ) | Section 922(g); and 924(c); Title 21, |
| Defendant. ) | United States Code Section |
| ) | 841(a)(1) and (b)(1)(D) |

## SUPERSEDING INDICTMENT

### COUNT 1
### (Felon in Possession of Firearm)

The Grand Jury charges:

1. The defendant, Antonio D. Curren, had previously been convicted of a felony, including Possession with Intent to Distribute in Des Moines, Iowa in 1988.

2. On or about November 28, 2004, the Peoria County Sheriff's Department lawfully searched defendant Curren's residence and found a Ruger 45 caliber pistol.

3. The pistol found in defendant Curren's residence had previously traveled in interstate commerce.

4. On or about November 28, 2004, in Peoria County, in the Central District of Illinois, the defendant,

ANTONIO D. CURREN

did knowingly possess a firearm, a 45 caliber pistol, which had previously traveled in interstate commerce, the defendant having been previously convicted of a crime

punishable by imprisonment for a term exceeding one year.

In violation of Title 18, United States Code, Section 922(g).

## Count 2
### (Possession of a Firearm in Furtherance of Drug Trafficking)

On or about November 28, 2004, in Peoria County, in the Central District of Illinois, the defendant,

### ANTONIO D. CURREN,

did knowingly possess a firearm, a Mossberg 12 gauge shotgun, in furtherance of a drug trafficking crime which may be prosecuted in a court of the United States, as alleged in Count 3.

In violation of Title 18, United States Code, Section 924(c).

## COUNT 3
### (Possession with Intent to Distribute Marijuana)

On or about November 28, 2004, in Peoria County, in the Central District of Illinois, the defendant,

### ANTONIO D. CURREN,

did knowingly possess Marijuana, a Schedule I controlled substance, with intent to distribute.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(D).

A True Bill.

s/Foreperson
**Foreperson**

s/Asst. U.S. Attorney

**RODGER A. HEATON**
**UNITED STATES ATTORNEY**

BWM/ms