**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 06-10006 |
| ANTONIO D. CURREN, | ) |
| Defendant. | ) |

**GOVERNMENT'S LIST OF PHYSICAL EVIDENCE**

Now comes the United States of America, by and through its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Bradley W. Murphy, Assistant United States Attorney, and submits the following list of physical evidence:

1. Ruger .45 cal. P-90 semi automatic hand gun with clip and 7 .45 cal. Rounds

2. Zip Lock plastic bag with cannabis from dresser

3. Electronic scale from bedroom dresser drawer

4. Mossberg model 500A pistol grip 12 gauge shotgun and 8 12 gauge shotgun shells

5. Two Zip Lock plastic bags with cannabis from closet

6. Plastic storage container from closet that contained 2 bags of cannabis

7. Electronic scale located on shelf by bed

8. 2 boxes 00 buck 12 gauge shotgun shells and 1 box .45 cal. rounds

9. Ashtray from bar with baggie of cannabis, Top rolling papers, marijuana cigarette

10. Ruger gun case with clip and 7 .45 cal. rounds

11. Letter (proof of residence)

12. Box of .45 cal. rounds with eight rounds

13. Search warrant

14. Photos (A - P)

15. Fingerprint card of defendant

16. Latent fingerprint lifts (A & B)

Respectfully submitted,

UNITED STATES OF AMERICA

RODGER A. HEATON
UNITED STATES ATTORNEY

**s/: BRADLEY W. MURPHY**
Bradley W. Murphy
Assistant United States Attorney
One Technology Plaza
211 Fulton Street, 4th Floor
Peoria, Illinois 61602
Telephone: 309.671.7050

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2006, I electronically filed the

**GOVERNMENT'S  LIST OF PHYSICAL EVIDENCE** with the Clerk of the Court using

the CM/ECF system which will send notification of such filing to the following:

> **Ronald Hamm**
> **Attorney at Law**
> **411 Hamilton Blvd., Suite 1708**
> **Peoria, IL 61602**

> **s/: MARGO SCAMP**
> Legal Assistant
> Office of the United States Attorney
> One Technology Plaza
> 211 Fulton Street, 4th Floor
> Peoria, Illinois 61602
> Telephone: 309.671.7050