**E-FILED**
Wednesday, 27 September, 2006  07:59:55 AM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**AT PEORIA**

FILED
SEP 2 6 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-10006 |
| | ) | |
| ANTONIO D. CURREN, | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION**

Now comes the parties, the United States of America, by and through its

attorneys, Rodger A. Heaton, United States Attorney, and Bradley W. Murphy,

Assistant United States Attorney for the Central District of Illinois, and the defendant,

Antonio D. Curren and his attorney Ronald L. Hamm and hereby agree and stipulate as

follows:

Prior to November 28, 2004, the defendant, Antonio D. Curren, had been

convicted in 1988 under the laws of the State of Iowa of a crime punishable by

imprisonment for a term exceeding one year.

s/Bradley W. Murphy
BRADLEY W. MURPHY                    Dated  9/26/06
Assistant United States Attorney

s/Ronald L. Hamm
RONALD L. HAMM                       Dated  9-26-06
Attorney for Defendant

s/Antonio D. Curren
ANTONIO D. CURREN                    Dated  9-26-06
Defendant