IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

FILED
SEP 2 6 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 06-10006 |
| ANTONIO D. CURREN, | ) |
| Defendants. | ) |

## STIPULATION

Now comes the parties, the United States of America, by and through its attorneys, Rodger A. Heaton, United States Attorney, and Bradley W. Murphy, Assistant United States Attorney for the Central District of Illinois, and the defendant, Antonio D. Curren and his attorney Ronald L. Hamm and hereby agree and stipulate as follows:

1. If called as a witness to testify, Aaron Roemer would testify that he is employed as a Forensic Scientist by the Illinois State Police at the Morton Crime Laboratory in Morton, Illinois. After receiving his degree in Biology from Illinois State University in 2001, he accepted employment with the Crime Laboratory where his duties are to analyze suspected controlled substances for identification, which he has done more than 1000 times. He has testified in both state and federal courts 20 times as an expert witness. On December 9, 2004, he received Government Exhibit Numbers 2, 5, and 9 in a sealed condition from Deputy Pat Kennedy at the Crime Laboratory. He later analyzed the exhibits using accepted scientific methods.

2. He would testify that Government Exhibit Number 2 was a large plastic

bag whose green plant material was determined to be 311.6 grams of Marijuana.

3. He would testify that Government Exhibit Number 5 was two large plastic bags whose green plant material was determined to be 672.0 grams of Marijuana.

4. He would testify that Government Exhibit Number 9 was an ashtray, containing rolling papers, a Marijuana cigarette, and a small plastic bag whose green plant material was determined to be 10.1 grams of Marijuana.

5. He would also testify that he resealed the exhibits and returned Government Exhibit Numbers 2, 5, and 9 to Deputy Pat Kennedy on January 19, 2005.

s/Bradley W. Murphy   Dated 9/26/06
BRADLEY W. MURPHY
Assistant United States Attorney

s/Ronald L. Hamm   Dated 9-26-06
RONALD L. HAMM
Attorney for Defendant

s/Antonio D. Curren   Dated 9-26-06
ANTONIO D. CURREN
Defendant