AO 187A (Rev. 7/87)

**EXHIBIT AND WITNESS LIST — CONTINUATION**

USA vs. Antonio Curren

CASE NO: JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

(stamped: SEP 27 2006)

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES | |
|---|---|---|---|---|---|---|
| 13 | | 9-26-06 | ✓ | 9/26 | Search Warrant - 1617 N. Pierson | Buckley |
| 14A | | | | | Photograph - Back of residence | |
| 14B | | | | | " " Foot prints Back door | |
| 14C | | | | | " " " " | |
| 14D | | | | | " " Bedroom Dresser w/ pistol | |
| 14E | | | | | " " Close-up of pistol | |
| 14F | | | | | " " Dresser Draw - open w/ drugs | |
| 14G | | | | | " " Shotgun in corner | |
| 14H | | | | | " " Close-up of Shotgun | |
| 14I | | | | | " " Shotgun on carpet | |
| 14J | | | | | " " Open view of box w/ ammunition | |
| 14K | | | | | " " " w/ Clothing/scale | |
| 14L | | | | | " " Closet w/ drugs in it | |
| 14M | | | | | " " Closet w/ tubs + drugs | |
| 14N | | | | | " " Tubs + drugs close-up | |
| 14O | | | | | " " Bar + ashtray | |
| 14P | | | | | " " Backside of bar | |
| 6 | | | | | Gray Tub | |
| 5 | | | | | 2 large bags of marijuana | |
| 1 | | | | | Ruger .45 caliber pistol | |
| 4 | | | | | Shotgun w/ bullets | |
| 2 | | | ✓ | | Bag of Marijuana | R.Williams |
| 3 | | | | | Scale | |
| 9 | | | | | Ashtray + bag of marijuana | Kennedy |
| 10 | | | | | Ruger gun case w/ clip | |
| 12 | | | | | Box .45 caliber rounds | |

Page 1 of 2 Pages

AO 187A (Rev. 7/87)

**EXHIBIT AND WITNESS LIST — CONTINUATION**

USA vs. Antonio Curren    CASE NO. 06-10006

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES | |
|---|---|---|---|---|---|---|
| 11 | | 9-26-06 | ✓ | 9-26 | Proof of mail | Kennedy |
| 7 | | | | | Electronic scale | |
| 8 | | | | | 2 Boxes of (S) buck 12 gauge | |
| 15 | | | | | Fingerprint card of defendant | |
| 16 | | 9-27-06 | | | Affidavit of Lisa Smith | Smith |

Page 2 of 2 Pages