E-FILED
Wednesday, 27 September, 2006  03:56:43 PM
Clerk, U.S. District Court, ILCD

We the jury find the defendant,

**ANTONIO D. CURREN**

Guilty of the charge of Felon in Possession of a Firearm as charged in Count 1 of the Indictment.

FILED
SEP 27 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

s/Foreperson
_____
Foreperson

s/JUROR            s/JUROR

s/JUROR            /s/ Juror

s/JUROR            s/JUROR

s/JUROR            /s/ Juror

s/JUROR            s/JUROR

s/JUROR

E-FILED
Wednesday, 27 September, 2006, 03:56:54 PM
Clerk, U.S. District Court, ILCD

FILED
SEP 27 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

We the jury find the defendant,

**ANTONIO D. CURREN**

Guilty of the charge of Possession of a Firearm in Furtherance of Drug Trafficking as charged in Count 2 of the Indictment.

s/Foreperson
_____
Foreperson

s/JUROR
_____

s/JUROR
_____

s/JUROR
_____

s/JUROR
_____

s/JUROR
_____

s/JUROR
_____

/s/ Juror
_____

s/JUROR
_____

/s/ Juror
_____

s/JUROR
_____

s/JUROR
_____

E-FILED
Wednesday, 27 September, 2006 03:57:08 PM
Clerk, U.S. District Court, ILCD

FILED
SEP 27 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

We the jury find the defendant,

**ANTONIO D. CURREN**

<u>Guilty</u> of the charge of Possession with Intent to Distribute Marijuana as charged in Count 3 of the Indictment.

s/Foreperson
_____
Foreperson

s/JUROR                        s/JUROR
_____      _____

s/JUROR                        /s/ Juror
_____      _____

s/JUROR                        s/JUROR
_____      _____

s/JUROR                        /s/ Juror
_____      _____

s/JUROR                        s/JUROR
_____      _____

s/JUROR
_____

E-FILED
Wednesday, 27 September, 2006  03:57:17 PM
Clerk, U.S. District Court, ILCD

If you find the defendant guilty of Possession with Intent to Distribute Marijuana as charged in Count 3 of the indictment, the jury must also find beyond a reasonable doubt the quantity of drugs involved. Indicate your finding as to the quantity of drugs below and have each juror sign this form.

We the jury find that the defendant possessed 983.6 grams of Marijuana with intent to distribute.

_____
s/Foreperson
**FOREPERSON**

_____
s/JUROR

_____
s/JUROR

_____
s/JUROR

_____
s/JUROR

_____
s/JUROR

_____
s/JUROR

_____
/s/ Juror

_____
s/JUROR

_____
/s/ Juror

_____
s/JUROR

_____
s/JUROR