E-FILED
Friday, 29 September, 2006  11:49:20 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )   Case No.   06-10006 |
| | ) |
| ANTONIO CURREN, | ) |
| | ) |
| Defendant. | ) |

### POST TRIAL MOTION

NOW COMES the Defendant, ANTONIO CURREN, by his attorneys, RONALD L. HAMM, and MONROE MCWARD and as his post trial motion states as follows:

1. That the defendant Antonio Curren was found guilty of the charge of felon in possession of a firearm, guilty of the charge of possession of a firearm in furtherance of drug trafficking and guilty of the charge of possession with intent to distribute marijuana on September 27, 2006 in the central district of Illinois.

2. That the defendant's guilt was not proven without reasonable doubt.

3. That the court erred in denying the defendants motion for directed verdict at the close of all evidence.

4. That the jury verdict in this should be set aside and the defendant granted a judgement of acquittal or in the alternative a new trial.

WHEREFORE, the Defendant now prays this Honorable Court grant the defendant a judgement of acquittal or in the alternative a new trial.

S/B   RONALD L. HAMM

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2006 I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/EFC system which will send notification of such filing to the following:, U.S. Attorneys Office, Peoria, Illinois.

                                                    S/ Ronald L. Hamm  
                                                   Antonio Curren, Defendant  
                                                   RONALD L. HAMM.  
                                                 411 Hamilton Blvd., Suite 1708  
                                                 Peoria, IL 61602  
                                                 Telephone: (309) 671-9701  
                                                 Fax: (309)676-5489  
                                                 Gburton_Rhamm@sbcglobal.net