**E-FILED**
Monday, 02 October, 2006  10:42:16 AM
Clerk, U.S. District Court, ILCD

September 27, 2006

Note from Jurors

"Can we have the Affadavit of Lisa Smith"?

---

Response from Judge Joe B. McDade

The Affidavit was not admitted into evidence therefore it is not sent back with the admitted evidence.

Signed by the Foreperson

TO Judge McDade

We Have Reached A verdict

**FILED**
SEP 2 7 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

*Michael [signature]*
Foreperson