IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | | |
|---|---|---|
| UNTIED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Criminal No.:    06-10006 |
| | ) | |
| | ) | VIO: Title 18, United States Code |
| | ) | Section 922(g) |
| ANTONIO D. CURREN, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR RELEASE OF DEFENDANT ON HIS OWN RECOGNIZANCE**

NOW COMES the Defendant, ANTONIO D. CURREN, by and through his attorneys, Monroe D. McWard of McWard Law Office, and Ronald Hamm, and moves this Honorable Court to enter an Order releasing the Defendant until sentencing in this cause, and in support thereof would respectfully represent to the Court the following that:

1. The Defendant, ANTONIO D. CURREN, suffers from the following medical problems: high blood pressure; kidney stones; urinary tract obstruction; and severe allergies.

2. The Defendant, ANTONIO D. CURREN, is not receiving adequate medical treatment for all of his medical conditions through the Peoria County Correctional facility.

It would be in the best interest of the Defendant as well as the budget of the Peoria County Correctional Center and U.S. Justice Department to allow the Defendant to be released on his own recognizance pending his sentencing hearing so that he may be examined by and properly treated for his pre-existing medical problems.

The U.S. Attorney's Office has not offered an opinion on the merits of this motion.

**WHEREFORE,** the Defendant prays that this Court will release him on his own recognizance and for such other relief as this Honorable Court deems fair and equitable.

Respectfully submitted,

ANTONIO D. CURREN, Defendant

By_____/s/_ Monroe D. McWard_____
　　　　　Monroe D. McWard, His Attorney

Monroe D. McWard
McWARD LAW OFFICE
210 South Webster Street
Taylorville, IL 62568
(217) 824-2900
Reg. No.: 06190799

## CERTIFICATE OF SERVICE

TO:  **Bradley W. Murphy**
**United State's Attorney Office**
**211 Fulton Street, Suite 400**
**Peoria, IL 61602**

**Mr. Ronald Hamm**
**415 Hamilton Blvd.**
**Peoria, IL 61602**

The undersigned does hereby certify that on the _____ day of October, 2006, she served the foregoing **MOTION FOR RELEASE OF DEFENDANT ON HIS OWN RECOGNIZANCE** by hand delivering or depositing a copy in the United States Mail in Taylorville, IL 62568, in an envelope with sufficient First Class Postage attached to carry same to its destination as addressed above.

Under penalties as provided by Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct.

McWARD LAW OFFICE

By_____/s/ Jeanette Reed_____

McWARD LAW OFFICE
210 South Webster Street
Taylorville, IL 62568
(217) 824-2900
Reg. No. 06190799