E-FILED
Thursday, 25 January, 2007 09:30:11 AM
Clerk, U.S. District Court, ILCD



# THE HONORABLE ANGEL RENEE LEWIS, CIAO
## ST. CLAIR COUNTY BOARD OF REVIEW

10 Public Square, Belleville, Illinois 62220
(618) 277-6600 ext 2490; bus. (618) 397-4460; fax (618) 397-4462
e-mail:iexecutive2@sbcglobal.net

October 19, 2006

The Honorable Judge Billy Joe McDade
U. S. District Court 7th Circuit
100 North N.E. Monroe
Peoria, Illinois 61602

RE:   Character Reference Letter
      Mr. Antonio Curren

Dear Judge McDade,

I am writing this character reference letter for Antonio Curren, whom I have known for over 20 years. Just recently, I learned that Antonio has been arrested, charged and convicted within your jurisdiction.

Judge, you and I know and agree that a violation of the law is unacceptable. But under the circumstances and the manner in which it appears that Antonio's case was handled in the Peoria Court system, I felt compelled to write this letter and personally ask you for consideration and leniency with this young man's life and his future.

If I may, I want to describe to you the Antonio Curren that I know. When I first met Antonio many years ago, he appeared to me to be a typical rambunctious young African American male growing up in the poverty stricken streets of East St. Louis. As cliché as it may sound, Antonio (like most) did not have many positive African American male role models in his life. Yes, Antonio has made some mistakes, but he had begun to turn his life around to become a responsible and hard working member of society. He made efforts to be a better parent, all the while helping his mother whenever he could. Antonio got a job and left the East St. Louis area, establishing himself as a leader by working his way up through the ranks to various management positions at Waste Management, Inc. The last I heard, Antonio was back in school trying to further his education by earning a college degree.

During a visit to the Peoria area last year, I had an opportunity to visit with Antonio at his home in West Peoria. I remember complimenting him on the fact that he had gotten away from the streets of East St. Louis to make a better life for himself, his son and his fiancée', Lisa. Under the circumstances, I do believe that Antonio Curren can be redirected and reformed. He deserves another chance. Judge McDade, thank you for you time and consideration.

Respectfully,

**Angel Renee Lewis**
St. Clair County Board of Review

Δ group exhibit #1

December 11, 2006

Honorable Judge McDade
US District Federal Court
300 NE Madison
Peoria, Illinois 61602

Re: Character Reference – Antonio Curren

The purpose of this is to provide a character reference for Mr. Antonio Curren whom I have known as a, colleague, and friend for a period of five years.

I first met Antonio at our Waste Management East Peoria location where he held a Route Manager position. At this point in time I had just taken a new position as the Illinois Market Safety Director and I was meeting all of the individuals in the region. I met Antonio and observed his management style and interaction with his employees and I was impressed. I quickly made a new ally and knew when warranted a dependable manager when times were difficult.

Having witness his strong work ethic and commitment to his job, I have gotten to know Antonio very well over the past few years, I believe puts me in a position to provide you with a pretty accurate assessment of his character.

As a manager, Antonio was a hard-working and highly committed to his employer and the employees he mentored. With many years of experience in the solid waste industry, he shared a wealth of knowledge with all employees and lead by example. In fact, when volunteers were needed for extra assignments out of state, Antonio was eager to help. Antonio was very popular with his fellow colleagues throughout the local area as well throughout Waste Management, because of the dedication to the company and drive for excellence.

As a friend, Antonio Curren is a standout. He is a loyal, honest, considerate, and supportive individual who has the ability to see and understand things from another person's perspective. He is a unique ability to make individuals rise to the occasion when needed and compassionate when someone needs an ear to vent. He likes to have fun and make you relax. Even when the situation is crucial, to easy the tension he takes a lighter side to things and charges forward.

To tell the truth, I really can't think of anything of consequence on the negative side of the personality ledger when it comes to Antonio. All in all, I would have to say that Antonio Curren is a fine, well-balanced person with an abundance of positive qualities.

Sincerely,

Christopher B. Moore

Honorable Joe Billy McDade
US Federal District Court
100 NE Madison
Peoria, IL 61602

Your Honor:

IT is my good fortune to have Antonio D. Curren Sr. as my son.
He is cooperative and friendly always ready with an extra pair of
hands and a smile. He is comfortable with young and old alike,
from the children across the street to the older people next door. I
believe that Antonio will be excellent in whatever paths God has
chosen for him. He has always had a soft spot in his heart for those
in need and an attentive ear for those who just needed someone to
listen. I do believe Antonio is part of God's sovereign plan for the
universe. I do believe that my son, Antonio is innocent. I'm asking
that you have mercy on him when he comes before you again.

Sincerely,
Mable J. Greer(mother)
1418 M.L. King Dr.
East St Louis, IL 62201



October 19, 2006

Dear Madam/Sir:

Antonio Curren completed 3 quarters towards his associate's degree at Robert Morris College. He was enrolled in the business administration program from February, 2006 through September, 2006. Antonio was well on his way to earning his Bachelor of Business Administration degree by May, 2008.

Antonio has proven to be a reliable, high achieving, and confident student. He attended classes regularly and worked well with his classmates. When faced with a topic he did not understand Antonio took the initiative to seek out tutoring or come to campus early to study and better understand the material.

Antonio's cumulative GPA upon leaving the college was a 3.5. He made the President's Honors List all 3 quarters that he was enrolled in classes. He was well on his way to become a contributing member of the community. He worked hard and strove to do his very best in all of his coursework. He has been very appropriate, respectful and articulate in his manner at Robert Morris College. When he is completed with his degree, I believe he will be a strong candidate and contributor to the business field. I look forward to seeing him return here at RMC to complete his degree and be on his way to a better life.

Sincerely,

*Lynette L Gibson*

Lynette L Gibson
Student Advisor
309-636-8654

November 5, 2006

Hon. Joe Billy McDade
United States District Judge
318 U.S. Courthouse
100 N.E. Monroe St.
Peoria, Il 61606

Your Honor:    This is a letter of reference for Antonio D. Curren, Sr.

I have known Antonio all of his life. He was reared by his mother and grandmother in a modest home, in East St. Louis, Ill. His mother, his children, and his extended family still reside in East St. Louis.

For the past 10 years or so, 'Tony' has been an employee of Waste Management, Inc. He started out as a driver, and because of his diligence, and exemplary work record, he was promoted through the ranks and was a supervisory employee, until recently.

I watched 'Tony' through the years as he provided for his two sons, and spent quality time with them. One of his sons just graduated High School, and Antonio Jr, is in the 5th grade. While he lived in this local area, he was with his sons on a daily basis. I know these things about him, because I am his aunt.

He often visits with my husband, Ret. Police Captain, Lewis Cochran, and me…doing errands and odd jobs for us, spending time with us. 'Tony is especially attentive to my husband, who is now in a wheelchair. 'Tony is always courteous, and respectful, of his elders, and looks after his disabled mother. He is her only child. Tony has always been a hard working man.

Judge McDade, I am asking for mercy from the court for Antonio. I don't know the details of his troubles, but I am asking for help for him. It is my understanding that he will appear before you again early next year, please know in the meantime, we will pray without ceasing, for him and the judicial system.

It is an honor to write this letter in his behalf, we believe he is innocent, and all of us are praying for exoneration. Thank you for considering this request.

Sincerely,

Rev. Jeannette Cochran

Rev. Jeannette Curren-Cochran
Associate Pastor, Market Ave. Church of God

205 North 73rd St. Centreville, Ill  62203-2408          (618) 397-0052

December 8, 2006

Honorable Judge McDade
US District Federal Court
300 N.E. Madison
Peoria, Illinois 61602

Dear Judge McDade,

My name is Antonio Curren and a defendant in your court. First, I want to thank you for releasing me from Peoria County Jail in order to receive proper medical treatment. Secondly, I would like a moment of your time to tell you about Antonio – the person.

I am a 37 year old man who has a disabled mother and two sons, 19 and 11 years old. I have strived to better myself and help my fellow man. I have experienced my share of life problems growing up in East St. Louis and other cities.

During my younger years, my family moved frequently due to my stepfather's job transfers. Moving from town to town, it was hard building long term friendships. I did not make friends easy as trust was big factor. This made me somewhat of a hermit. In a strange way, it was a blessing and a curse. People tend to read me as intimidating but that is far from the truth. This was my defense mechanism after my mother's divorce so people would keep their distance.

My mother's divorce was a traumatic event. We found out her husband had killed his last girlfriend and rode her around in his trunk. My mother had met him in job training program and did not know his background. Through out their relationship, there was a lot of abuse and we made it back to E. St. Louis with the clothes on our backs by the grace of God. Needless to say, my mother and I became closer than ever. I vowed to take care of my mother from that day forward.

Moving back to E. St. Louis in 1984 was a difficult time. I was used to interacting in multi-racial schools and communities. The gangs were out of control and E. St. Louis was known as the murder capital per capa in the U.S. I obtained a part-time at Busch stadium, worked with my uncle's contracting business, and managed to graduate from high school in 1987. I went to college in Dubuque, Iowa and played football and wrestling. I survived my first year in college academically but not socially. I made friends with the wrong group and found myself incarcerated in the summer of 1988.

I returned back to E. St. Louis and tried to pick my life up. I searched for work but no one wanted to hire a felon. The only work available was with my uncle's contracting business again. Determined to have a better life, I enrolled at Missouri Western State College in St. Sosop, MO. I obtained part-time jobs and maintained decent grades.



# THE HONORABLE ANGEL RENEE LEWIS, CIAO
### ST. CLAIR COUNTY BOARD OF REVIEW

10 Public Square, Belleville, Illinois 62220
(618) 277-6600 ext 2490; bus. (618) 397-4460; fax (618) 397-4462
e-mail:iexecutive2@sbcglobal.net

October 19, 2006

The Honorable Judge Billy Joe McDade
U. S. District Court 7th Circuit
100 North N.E. Monroe
Peoria, Illinois 61602

**RECEIVED**

NOV 0 3 2006

CHAMBERS
JUDGE McDADE

RE:    Character Reference Letter
        Mr. Antonio Curren

Dear Judge McDade,

I am writing this character reference letter for Antonio Curren, whom I have known for over 20 years. Just recently, I learned that Antonio has been arrested, charged and convicted within your jurisdiction.

Judge, you and I know and agree that a violation of the law is unacceptable. But under the circumstances and the manner in which it appears that Antonio's case was handled in the Peoria Court system, I felt compelled to write this letter and personally ask you for consideration and leniency with this young man's life and his future.

If I may, I want to describe to you the Antonio Curren that I know. When I first met Antonio many years ago, he appeared to me to be a typical rambunctious young African American male growing up in the poverty stricken streets of East St. Louis. As cliché as it may sound, Antonio (like most) did not have many positive African American male role models in his life. Yes, Antonio has made some mistakes, but he had begun to turn his life around to become a responsible and hard working member of society. He made efforts to be a better parent, all the while helping his mother whenever he could. Antonio got a job and left the East St. Louis area, establishing himself as a leader by working his way up through the ranks to various management positions at Waste Management, Inc. The last I heard, Antonio was back in school trying to further his education by earning a college degree.

During a visit to the Peoria area last year, I had an opportunity to visit with Antonio at his home in West Peoria. I remember complimenting him on the fact that he had gotten away from the streets of East St. Louis to make a better life for himself, his son and his fiancée', Lisa. Under the circumstances, I do believe that Antonio Curren can be redirected and reformed. He deserves another chance. Judge McDade, thank you for you time and consideration.

Respectfully,
**Angel Renee Lewis**
St. Clair County Board of Review

Honorable Joe Billy McDade
US District Court
100 N.E. Monroe
Peoria, Illinois 61602

Re: Antonio "Tony" Curren

Dear Judge McDade:

I would like to "Thank-you" in advance for reading this correspondence. During the trial, the prosecution presented officers of the court and other expert witnesses to corroborate circumstantial evidence. At their own admission and under oath, none claimed to know Tony or of any wrongful acts committed by him prior to or after November 28, 2004. I would like this opportunity to share some of things I know about Tony from a stranger to a friend to a future wife's observations.

Tony and I met in Peoria during the summer of 2003. He was fairly new to the area after his job transferred him from East St. Louis to Springfield to Peoria. We started dating in the fall. Tony introduced me to his family in the early spring of 2004. His family origin is the East St. Louis area and the majority of family is still there, i.e. his mother, children, aunts, uncles, and cousins. We took many trips to the area to check on his disabled mother, his children and attend family functions. At the time of our introduction, his mother, Mable Greer, was unable to work due to medical conditions. She had no income and was awaiting response on disability benefits. As the only child, Tony was fully supporting his mother while sharing financial and rearing responsibilities of his sons including a court order pay for his oldest.

Tony's character was one of a caring, responsible, hard-working individual. Until the trial outcome, Tony was employed with Waste Management for 10 years, working 10-hour days mandatory and normally 11-12 hour. From a single, middle class working mother's view, his interaction, compassion and dedication for his loved ones were key elements to the evolution of our relationship.

Through our courtship, I did/have not witness any criminal activities committed by Tony. There was never lavish spending or major cash purchases -- actually Tony is a very modest spender. I maintained a separate household with my daughter until this April, however I spent many nights at Tony's residence and vice versa. In May of 2004, Tony was able to make one of his dreams come true . . . the purchase of his home at 1617 N. Pierson. Tony went through the normal house purchasing process. He was able to secure a Fannie Mae loan, with a 30-yr mortgage. The new furnishings were financed. His aunt who is an interior decorator by trade came to Peoria and made curtains, accessories and re-upholstered several pieces. Goodwill and bargain stores combined with a creative mind created this "Expensive" expose cited during the trial.

To promote his professional growth, Tony enrolled full-time at Robert Morris College in for the second semester to complete his bachelor degree in Business Administration. While maintaining his regular work schedule, Tony made the President's List for the 3 quarters attended. Schooling has been paused due to the current situation. His graduation date was slated for spring of 2008. Tony's very proud of his academic accomplishments. His spirit and disposition were uplifting and transforming. Tony exhibited improved leadership skills and sharpened interpersonal skills. It is as if an inner shell had been cracked after years of cocooning.

Tony has been released from his $60k/yr position with Waste Management. He maintains his Commercial Drivers License (CDL), managerial and industry experience that will assist with obtaining lucrative employment. Robert Morris did not penalize Tony for absentee; accordingly he can re-enroll in school. He and I still plan to wed and elder together. I know from the bottom of my heart that given the opportunity Tony can (and will) turn this situation into a constructive incident for him, his mother, his children, and our relationship.

Your Honor, I plead with the Court for mercy on Antonio "Tony" Curren. Tony's life and attributes are not that of a "Kingpin" or any type of menace to society. He may not be an angel but he is not the devil. If our correctional facilities are intended for rehabilitation and preparing individuals for society living, Tony has met both criterions. To incarcerate him for years, serves no bona fide value to humanity.

Again, I thank you for your time and serious consideration.

With Love and Blessings,

Lisa Smith

December 8, 2006

Honorable Judge McDade
US District Federal Court
300 N.E. Madison
Peoria, Illinois 61602

Dear Judge McDade,

My name is Antonio Curren and a defendant in your court. First, I want to thank you for releasing me from Peoria County Jail in order to receive proper medical treatment. Secondly, I would like a moment of your time to tell you about Antonio – the person.

I am a 37 year old man who has a disabled mother and two sons, 19 and 11 years old. I have strived to better myself and help my fellow man. I have experienced my share of life problems growing up in East St. Louis and other cities.

During my younger years, my family moved frequently due to my stepfather's job transfers. Moving from town to town, it was hard building long term friendships. I did not make friends easy as trust was big factor. This made me somewhat of a hermit. In a strange way, it was a blessing and a curse. People tend to read me as intimidating but that is far from the truth. This was my defense mechanism after my mother's divorce so people would keep their distance.

My mother's divorce was a traumatic event. We found out her husband had killed his last girlfriend and rode her around in his trunk. My mother had met him in job training program and did not know his background. Through out their relationship, there was a lot of abuse and we made it back to E. St. Louis with the clothes on our backs by the grace of God. Needless to say, my mother and I became closer than ever. I vowed to take care of my mother from that day forward.

Moving back to E. St. Louis in 1984 was a difficult time. I was used to interacting in multi-racial schools and communities. The gangs were out of control and E. St. Louis was known as the murder capital per capa in the U.S. I obtained a part-time at Busch stadium, worked with my uncle's contracting business, and managed to graduate from high school in 1987. I went to college in Dubuque, Iowa and played football and wrestling. I survived my first year in college academically but not socially. I made friends with the wrong group and found myself incarcerated in the summer of 1988.

I returned back to E. St. Louis and tried to pick my life up. I searched for work but no one wanted to hire a felon. The only work available was with my uncle's contracting business again. Determined to have a better life, I enrolled at Missouri Western State College in St. Sosop, MO. I obtained part-time jobs and maintained decent grades.

However, my grandmother's health took a turn for the worst and I returned back to E. St. Louis. My mother and I took shifts caring for my grandmother. During this time, I found a job with Holten Meat Inc and joined the Masonic Lodge Southern Cross 112 and the Tyree Consistory #52.

I stayed at Holten for 4 years and decided it was time for a change. I took a position with Waste Management as a driver. After a year of service, I was promoted to a supervisor. I went through tons of training programs and was promoted to district manager. This new position relocated me to Springfield, IL. I continued to work and help out my family back home. I stayed in Springfield for 4 years and then the company had a re-organization and I moved to Peoria.

My transition to Peoria went well. I was able to hire several people who probably would not have had the opportunity. Breaking up the good old boy club within Waste Management did come with some consequences but the good outweighed the bad. The Peoria move helped me to fulfill the American dream, I purchased my home.

While in Peoria, my mother became ill with COPD. After 20 yrs of dedicated service, her employer denied the workmen's compensation claim and she tried get social security disability. Times were very hard for my mother due to her savings being drained when taking care of grandmother. It took nearly a year before she was able to receive any benefits. So, I took care of two households.

This brings us to the night of Nov. 28, 2004 – "the wake up call". Poor choices regardless of good intentions are still poor choices. Since that night I made another vow, my life would be focused on positive changes. I spent two days in jail and was released. I was shell-shocked with the Federal court indicted me a year later. On Jan. 31, 2006, federal marshals came to Waste Management and arrested me. The need for me to be arrested at my place of employment is still baffling.

Judge McDade, I have made mistakes and have a lot of regrets. Most of my regrets are self-inflicted but some are circumstantial. It is amazing how people can describe the same series of events but each listener creates different perceptions. I bear an overwhelming amount of shame and disappointment from myself, my co-workers, Lodge brothers, family and friends. Judge, I even feel your disappointment. All are rightfully so, how could a man with so much going for himself be so dumb???

I simply over-extended myself and in turn now have lost all I've accomplished, i.e. my job, my home and my self-respect. I have done so much to try to better myself, helping others, steady employment, raising my sons, and going back to school.

Judge McDade, this whole experience has been life-altering but ironically I'm still grateful and blessed for the support of my family and friends. It has been a true eye-opener to who your real friends are. Thinking back through the trial, even those that spoke against me did not speak of me personally. I am not a bad, evil, monstrous person who society needs to fear. I ask for your mercy during my sentencing. I promise given

the opportunity, you nor the Federal Court system (and any other court system) will not see me again. Please give me the opportunity to rejoin society as a productive member.

Again, I thank you for your time and consideration.

God Bless,

Antonio D. Curren