# RETURN RECEIPT FOR PRE-SENTENCE REPORT, SENTENCING RECOMMENDATION, AND STATEMENT OF REASON(S)

**FILED**

MAR 1 5 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Case Name: Antonio Curren

Case Number: 06-10006-1

The appeal time having expired and/or the appeal having been concluded, the original Sealed Pre-Sentence Report (document number __30__), Sentencing Recommendation (document number __29__) and Statement of Reason(s) Page (document number __31 (2)__) were returned to the U.S. Probation Office on __3/15/7__.

Received by:

/s/ Douglas Heuerman
U.S. Probation Office
Date: 3/15/07