

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
### OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

JOHN M. WATERS
CLERK OF COURT

TEL: 309.671.7117
FAX: 309.671.7120

April 4, 2007

FILED
APR 9 - 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

U.S.A.   )
   Plaintiff   )
      )
      )
vs   )   Case # 06-10006
      )
ANTONIO CURREN   )
   Defendant   )
      )

O R D E R

IT IS ORDERED that the Clerk of the Court is directed to return exhibits admitted at trial to Assistant U.S. Attorney Brad Murphy. Government exhibits #3, 7, 11, 13, 14A-14P as this case has concluded and no appeal has been filed.

Date: 4/9/2007

s/ Joe B. McDade
JOE B. McDADE