E-FILED
Tuesday, 10 April, 2007 04:24:29 PM
Clerk, U.S. District Court, ILCD

FILED
APR 1 0 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

TEL: 309.671.7117
FAX: 309.671.7120

April 9, 2007

USA
Plaintiff

vs

ANTONIO CURREN
Defendant

Case # 06-10006

**RECEIPT**

**Received** from John M Waters, Clerk, United States District Court for the Central District of Illinois, government exhibits 3,7,11,13,14A-14P.

Date: 4/10/07

s/ D. Hansen

AUSA