E-FILED
Wednesday, 12 September, 2007 12:00:11 PM
Clerk, U.S. District Court, ILCD

TONY CURREN
#13442-026
P.O. Box 12014
Terre Haute, In 47801
Case No. CR-06-10006

FILED

JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

August 1, 2007

U.S. Clerks Office
309 Federal Bldg.
100 N.E. Monroe St.
Peoria, Il 61602

Dear Clerk,

Hello, I am requesting a copy of the indictment and copies of the trial transcripts of this case, because I intend on filing a § 2255 motion, and in order to assert all grounds for relief, the requested documents are very important.

I reside at the Federal Prison Camp, and at this time I am unable to pay for the requested copies, therefore your assistance will be very much appreciated.

Thank's very much,

*Antonio Curren* 8-1-07

Tony Curren #13442-026

# Inmate Inquiry

| | | | |
|---|---|---|---|
| Inmate Reg #: | 13442026 | Current Institution: | Terre Haute FCI |
| Inmate Name: | CURREN, ANTONIO | Housing Unit: | THA-S-F |
| Report Date: | 09/04/2007 | Living Quarters: | S06-012L |
| Report Time: | 8:38:59 AM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 5946 |
| PAC #: | 201442361 |
| FRP Participation Status: | Participating |
| Arrived From: | CCC |
| Transferred To: | |
| Account Creation Date: | 3/30/2007 |
| Local Account Activation Date: | 4/13/2007 4:32:39 AM |
| Sort Codes: | |
| Last Account Update: | 9/3/2007 8:34:17 PM |
| Account Status: | Active |
| Phone Balance: | $7.35 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| Unicor % | $0.00 | 50% |

## Account Balances

| | |
|---|---|
| Account Balance: | $19.34 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $19.34 |
| National 6 Months Deposits: | $1,428.71 |
| National 6 Months Withdrawals: | $1,409.37 |
| National 6 Months Avg Daily Balance: | $115.73 |
| Local Max. Balance - Prev. 30 Days: | $102.49 |
| Average Balance - Prev. 30 Days: | $29.57 |

## Commissary History

### Purchases

Validation Period Purchases: $115.55
YTD Purchases: $959.30
Last Sales Date: 8/28/2007 4:29:45 PM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $109.95
Remaining Spending Limit: $180.05

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Userid | Active |
|---|---|---|---|---|---|

## Comments

Comments: